UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WESTMORELAND COUNTY EMPLOYEE : 
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated, :

               Plaintiff, : 

v. :

OVASCIENCE, INC., et al., :

              Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 1:17-cv-12312-IT

## **NOTICE OF APPEARANCE**

      Please enter my appearance as counsel of record for defendants J.P. Morgan

Securities LLC, Credit Suisse Securities (USA) LLC and Leerink Partners LLC in the above-

captioned action.  Pursuant to Local Rule 83.5.2(b), the undersigned hereby designates James R.

Carroll, Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, Boston, MA 02116,

(617) 573-4800, james.carroll@skadden.com as the attorney authorized to receive all notices in

this action.

Dated: January 31, 2018
      Boston, Massachusetts

Respectfully submitted,

/s/ Aaron T. Morris
Aaron T. Morris (BBO #685076)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
aaron.morris@skadden.com

Counsel for Defendants
J.P. Morgan Securities LLC, Credit Suisse
Securities (USA) LLC and Leerink Partners LLC

---

**CERTIFICATE OF SERVICE**

    I, Aaron T. Morris, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 31, 2018.

Dated:  January 31, 2018    /s/ Aaron T. Morris
                           Aaron T. Morris