UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WESTMORELAND COUNTY EMPLOYEE    :
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,    :

     Plaintiff,    :    Civil Action
          No. 1:17-cv-12312-IT
 v.    :

OVASCIENCE, INC., et al.,    :

     Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF AARON T. MORRIS IN SUPPORT OF
THE UNDERWRITER DEFENDANTS' MOTION TO STAY BY REASON
OF PREVIOUSLY FILED ACTION IN MASSACHUSETTS SUPERIOR COURT**

   I, AARON T. MORRIS, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

   1.  I am a member of the bar of this Court and an associate with the firm of

Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants J.P. Morgan Securities

LLC, Credit Suisse Securities (USA) LLC and Leerink Partners LLC (collectively, the

"Underwriter Defendants").

   2.  I make this Declaration in support of The Underwriter Defendants' Motion

To Stay By Reason Of Previously Filed Action In Massachusetts Superior Court.

   3.  Attached as **Exhibit 1** is a true and correct copy of the Class Action

Complaint filed on October 9, 2015 in Carlson v. OvaScience, Inc., No. 15-CV-03087 (Mass.

Super. Ct.).

   4.  Attached as **Exhibit 2** is a true and correct copy of the Class Action

Complaint For Violation Of The Federal Securities Laws filed on February 26, 2016 in

Castellanos v. OvaScience, Inc., No. 16-CV-00645 (Mass. Super. Ct.).

5.      Attached as **Exhibit 3** is a true and correct copy of the First Amended Class Action Complaint filed on June 17, 2016 in In Re OvaScience Stockholder Litigation, No. 15-CV-03087 (Mass. Super. Ct.).

6.      Attached as **Exhibit 4** is a true and correct copy of the Class Action Complaint In Intervention For Violations Of The Securities Act Of 1933 filed on November 4, 2016 in In Re OvaScience Stockholder Litigation, No. 15-CV-03087 (Mass. Super. Ct.).

7.      Attached as **Exhibit 5** is a true and correct copy of the Memorandum Of Decision And Order On Defendants' Motion to Dismiss, dated December 22, 2016, in In Re OvaScience Stockholder Litigation, No. 15-CV-03087 (Mass. Super. Ct.).

8.      Following the Court's decision denying Defendants' motion to dismiss, the parties engaged in extensive document and deposition discovery.  In January 2017, the Court ruled that the first phase of discovery would be "limited to class certification and standing issues."  (Joint Scheduling Order, dated January 2017, In Re OvaScience Stockholder Litigation, No. 15-CV-03087 (Mass. Super. Ct.).)  Thereafter, between January 2017 and April 2017, the parties served and responded to written discovery on those topics, and made approximately twelve document productions.  Between May 2017 and June 2017, the defendants took the depositions of named plaintiffs Carlos Rivas, Cesar Castellanos, Philip Hofmann and a representative of Westmoreland County Employee Retirement System ("Westmoreland").

9.      On June 23, 2017, plaintiffs served their Motion For Class Certification, which was fully briefed in August 2017.  The court held argument on September 29, 2017, and denied that motion in November 2017.  Attached as **Exhibit 6** is a true and correct copy of the Memorandum Of Decision And Order On Plaintiffs' Motion for Class Certification, dated November 7, 2017, in In Re OvaScience Stockholder Litigation, No. 15-CV-03087 (Mass.

2

Super. Ct.).  The basis of the denial was that the court determined that it could not "exercise personal jurisdiction over absent class members who are not residents of Massachusetts."  (Id. at 2.)  Defendants raised this exact jurisdictional flaw in January 2016 after having removed the action to federal court.  Defendants stated in their memorandum of law in opposition to plaintiffs' motion to remand that a Massachusetts "state court [is] without jurisdiction to maintain a nationwide class action."  (Carlson v. OvaScience, Inc., No 1:15-cv-14032-WGY (D. Mass.) (Young, J.), ECF No. 2, at 2.)

10.    On June 23, 2017, the defendants served their Motion For Summary Judgment Against Plaintiffs Health Carlson, Cesar Castellanos, Philip Hofmann, and Carlos Rivas, which was fully briefed by August 2017.  The court held argument on October 18, 2017, and granted that motion in November 2017.  Attached as **Exhibit 7** is a true and correct copy of the Memorandum Of Decision And Order On Defendants' Motion For Summary Judgement, dated November 21, 2017, in In Re OvaScience Stockholder Litigation, No. 15-CV-03087 (Mass. Super. Ct.).

11.    In January 2018, plaintiff Westmoreland (the only remaining plaintiff) filed a motion for voluntary dismissal of the state court action without prejudice.  Attached as **Exhibit 8** is a true and correct copy of the Memorandum In Support Of Plaintiff's Motion For Voluntary Dismissal Of Westmoreland County Employee Retirement System, served January 22, 2018, in In Re OvaScience Stockholder Litigation, No. 15-CV-03087 (Mass. Super. Ct.).

12.    On January 23, 2018 the state court held a status conference during which the parties discussed, among other things, Westmoreland's motion for voluntary dismissal without prejudice.  Defendants stated that they would oppose that motion on the basis that they have diligently litigated the case in the Massachusetts Superior Court since 2015, and would be

prejudiced by having to litigate the same case a second time in federal court if the state court

action is dismissed without prejudice.  Defendants also stated that all discovery had closed, and

that Defendants intended to move for summary judgment on the merits in the coming weeks.

The court instructed the parties to file briefing on plaintiff's motion to dismiss, as well as any

summary judgment motions.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2018 in Boston, Massachusetts.

/s/ Aaron T. Morris
Aaron T. Morris


## CERTIFICATE OF SERVICE

I, Aaron T. Morris, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 31, 2018.

Dated: January 31, 2018                    /s/ Aaron T. Morris
                                           Aaron T. Morris

4