UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------x
WESTMORELAND COUNTY EMPLOYEE :
RETIREMENT SYSTEM, Individually and on : Civil Action No. 1:17-cv-12312-IT
Behalf of All Others Similarly Situated, :

           Plaintiff, : STIPULATION AND [PROPOSED]
            ORDER VOLUNTARILY
    v. : DISMISSING ACTION WITHOUT
            PREJUDICE (F.R.C.P. 41(a)(2))
OVASCIENCE, INC., et al., :

           Defendants. :
------------------------------x

        WHEREAS, on November 22, 2017, Westmoreland County Employee Retirement System ("Westmoreland") brought this Action against OvaScience, Inc. ("OvaScience") and others, alleging violations of §§11, 12(a)(2) and 15 of the Securities Act of 1933 on behalf of those who purchased OvaScience's common stock directly in OvaScience's January 8, 2015, Secondary Offering of securities;

        WHEREAS, Westmoreland, prior to filing this Action, successfully moved to voluntarily dismiss without prejudice an identical action in Massachusetts state court (*In re OvaScience Inc. Stockholder Litig.*, C.A. No. 15-3087 (Suffolk County Superior Court)), after that court had denied Westmoreland's motion for class certification;

        WHEREAS, on June 11, 2018, the Supreme Court decided *China Agritech, Inc. v. Resh*, No. 17-432, which addresses whether the equitable tolling rule established in *American Pipe and Const. Co. v. Utah*, 414 U.S. 538 (1974), applies to otherwise time-barred class claims;

        WHEREAS, in light of *China Agritech*, Westmoreland has chosen to dismiss this Action;

        WHEREAS, Westmoreland requests that the dismissal of this Action be without prejudice, for the sole purpose of not precluding Westmoreland from participating as an absent

class member in the separate putative class action against OvaScience pending before the Court, *Dahhan v. OvaScience, Inc.*, Case No. 17-cv-10511-IT, or from receiving Westmoreland's *pro rata* share of any settlement or judgment in the *Dahhan* Action; and

WHEREAS, Defendants do not oppose Westmoreland's request, subject to the below conditions.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by the parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. This Action is dismissed in its entirety without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Westmoreland agrees that: (a) it will not re-file or reassert its claims arising under the Securities Act of 1933 that were alleged in its complaint in this Action and will pursue damages, if any, only as a member of the *Dahhan* class; and (b) should Westmoreland re-file or reassert its claims arising under the Securities Act of 1933 that were alleged in its complaint in this Action, Defendants will be entitled to injunctive relief enjoining such new litigation.

3. The parties agree that each party shall bear its own fees and costs incurred in this Action.

4. For avoidance of doubt, nothing in this Stipulation bars Westmoreland from participating as an absent class member in the *Dahhan* Action or from receiving its *pro rata* share of any settlement or judgment in the *Dahhan* Action.

5. In any dispute between or among the parties to enforce or apply this Stipulation or its terms, the prevailing party shall be entitled to recover reasonable costs and expenses, including but not limited to reasonable attorneys' fees.

**SO ORDERED:**

Dated: _____, 2018

_____
Indira Talwani
United States District Judge

Respectfully submitted,

/s/ Amanda F. Lawrence
Amanda F. Lawrence, BBO# 568737
David R. Scott
SCOTT + SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
Email: alawrence@scott-scott.com
Email: david.scott@scott-scott.com


Theodore M. Hess-Mahan, BBO #557109
HUTCHINGS, BARSAMIAN,
MANDELCORN & ROBINSON, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel.: (781) 431-2231
Fax: (781) 431-8726
Email: thess-mahan@hutchingsbarsamian.com

*Counsel for Plaintiff Westmoreland County Employee Retirement System*

Respectfully submitted,

/s/ John F. Sylvia
John F. Sylvia, BBO #555581
Matthew D. Levitt, BBO #660554
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel.: (617) 542-6000
Fax: (617) 542-2241
jfsylvia@mintz.com
mdlevitt@mintz.com

*Counsel for Defendants OvaScience, Inc., Michelle Dipp, M.D., Ph.D., Jeffrey E. Young, Richard H. Aldrich, Jeffrey D. Capello, Mary Fisher, Marc Kozin, Stephen Kraus, Thomas Malley, and Harald F. Stock, Ph.D.*

/s/ Peter Simshauser
Peter Simshauser, BBO #665153
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Tel.: (617) 573-4800
Fax: (617) 573-4822
peter.simshauser@skadden.com

*Counsel for Defendants J.P. Morgan Securities LLC, Credit Suisse Securities (USA) LLC, and Leerink Partners LLC*

3

**SO ORDERED:**

Dated: August 27, 2018

_/s/ Indira Talwani_
Indira Talwani
United States District Judge

4